IIN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL J. SAFT, et al., | CASE NO.: 2:19-CV-00303-ALM-KAJ |
| Plaintiffs, | JUDGE ALGENON L. MARBLEY |
| vs. | |
| BRAR FREIGHTLINES, et al., | **STIPULATED DISMISSAL ENTRY** |
| Defendants. | |

By agreement of the parties, pursuant to Fed. Civ. R. 41(a)(1)(b), this matter having been fully settled and compromised, it is hereby entered that Plaintiffs, Daniel J. Saft and Jessica Saft, dismiss all claims against Defendants, BRAR Freightlines and Sanjanbir Singh Hundal with prejudice. Each party shall bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/John J. Reagan* | */s/Thomas P. Mannion* |
| Nomiki P. Tsarnas (0076134) | Joseph Fiorello (0090436) |
| John J. Reagan (0067389 | Thomas P. Mannion (0062551) |
| KISLING, NESTICO & REDICK | LEWIS BRISBOIS BISGAARD & SMITH |
| 3412 W. Market Street | 1375 E. 9th Street, Suite 2250 |
| Akron, OH 44333 | Cleveland, OH 44114 |
| PH: 330-869-9007 | PH: 216-344-9422 |
| FAX: 330-869-9008 | FAX: 216-344-9421 |
| reagan@knrlegal.com | Joseph.Fiorello@lewisbrisbois.com |
| tsarnas@knrlegal.com | Tom.Mannion@lewisbrisbois.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |